UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cr-20371-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUGO ALEJANDRO MACUASE ANGULO,
LUIS MIGUEL ALMEIDA MACUASE,
MOISES ADOLFO CUERO ANCHICO,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant Anchico's Motion to Dismiss (D.E.20); Defendant Luis Miguel Almeida Macuase's Motion to Dismiss (D.E.21) and the Government's Motion for a Pre-trial Determination of Jurisdiction by the Court (D.E.30).[1]

THE COURT has considered the Motion, the pertinent portions of the record, and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Alicia Otazo-Reyes, who, on July 25, 2016 held and evidentiary hearing and on July 28, 2016, issued a Report recommending that the Defendant's Motions to Dismiss be denied and the Government's Motion for Pre-trial Determination of Jurisdiction be granted. D.E.37. Objections were due on August 15, 2016. Neither party has filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

---

[1] Defendant Hugo Alejanro Macuase Angulo moved to adopt his co-defendants' Motions to Dismiss. D.E.23, 26. Judge Otazo-Reyes *ore tenus* granted his motion on July 25, 2016.

1

Upon *de novo* review[2] of the issues in the Report, the Court agrees with Magistrate Judge Otazo-Reye's recommendation and concurs in all of her findings. Accordingly it is,

ORDERED AND ADJUDGED that the Report of the Magistrate Judge, D.E. 37, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Defendants' Motions to Dismiss (D.E. 20 and 21) are DENIED.  It is further

ORDERED AN ADJUDGED that the Government's Motion for Pre-trial Determination of Jurisdiction is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of August, 2016.

*/s/ Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record via cm/ecf

---

[2] Neither party filed objections to the Report or ordered the transcript of the evidentiary hearing for the Court to engage in *de novo* review of the testimony taken.  As such, the Court adopts the Report's conclusions and findings based upon *de novo* review of record (including DE35-1, the U.S. Coast Guard reports regarding the May 1, 2016 interdiction of the go-fast vessel on which the Defendants were found) without regard to the testimony and credibility findings of witnesses S/A Gavalier and Lt. Pekoske.